FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 2 7 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**ADRIAN SOTO**,<br><br>Defendant. | CRIMINAL NO. 16-1728 JCH<br><br>21 U.S.C. §§ 841(a)(1) and (b)(1)(A):<br>Possession with Intent to Distribute 500<br>Grams or More of a Mixture or Substance<br>Containing Methamphetamine. |

INDICTMENT

The Grand Jury charges:

On or about March 29, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **ADRIAN SOTO**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
04/11/16 9:25AM